IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 85-cr-00171-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY GRAYSON SMITH,

    Defendant.

---

**ORDER**

---

    Pursuant to the Minute Order [Docket No. 5] granting the United States' Motion to Vacate Arrest Warrant [Docket No. 4], it is

    ORDERED that the warrant issued June 19, 1987 is vacated.

    DATED September 4, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge